1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE  (CSBN 202121)
   Acting Chief, Criminal Division
4  MICHELLE MORGAN-KELLY (DEBN )
   Assistant United States Attorney
5
6  1301 Clay Street; Suite 340-S
   Oakland, California 94612
7  Telephone: (510) 637-3705
   FAX: (510) 637-3724
8  Attorneys for Plaintiff

**FILED**

JUN 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. 4-07-70327 WDB |
| Plaintiff,                     ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
| v.                             ) | |
| ALEXANDER VASQUEZ VALENTIN,    ) | |
| Defendant.                     ) | OAKLAND VENUE |

The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Alexander Vasquez Valentin, be continued from Monday, June 25, at 10:00 a.m., to Wednesday, July 18, at 9:30 (WDB) ~~10:00~~ a.m. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from June 25, 2007, to and including July 18, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. This good cause includes that defense counsel was retained recently, having substituted in for prior defense counsel. Furthermore, defense counsel is scheduled to be in trial during the week of July 9.

Defendant also agrees to toll and to waive for this period of time any time limits

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-07-70327 WDB

1  applicable under Title 18, United States Code, Section 3161. Undersigned defense counsel
2  represents that he has spoken with his client, Mr. Valentin, and that Mr. Valentin agrees to the
3  continuance and to time being tolled and waived as requested.

4  **IT IS SO STIPULATED.**

5  DATED:        June 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By /s/
MICHELLE MORGAN-KELLY
Assistant U.S. Attorney

10  DATED:        June 25, 2007

BILL DALEY
Attorney for Defendant, Alexander
Vasquez Valentin

**IT IS SO ORDERED.**

13  DATED:        June 25, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-07-70327 WDB